RECEIVED
OCT 16 2017
DEBORAH S. HUNT, Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | |
|---|---|
| JOHN ANTHONY GENTRY, | ) |
| | ) |
| Plaintiff – Appellant | ) |
| | ) |
| v. | ) |
| | ) **Appeal No. 17-6171** |
| TENNESSEE BOARD OF JUDICIAL CONDUCT; HONORABLE CHRIS CRAFT and TIMOTHY R. DICENZA, individually and in their official capacities: STATE OF TENNESSEE; PAMELA ANDERSON TAYLOR; BRENTON HALL LANKFORD; SARAH RICHTER PERKY | ) **Originating Case** <br> ) **Case No. 3:17-cv-00020** |
| | ) |
| Defendants - Appellees | ) |

## NOTICE TO CLERKS OFFICE TO CORRECT TITLE OF APPEAL CASE NO. 17-6171

Plaintiff-Appellant, MR. JOHN ANTHONRY GENTRY, hereby respectfully requests the Clerk's office to correct the caption of U.S. Ct. of Appeals For The Sixth Circuit Case No. 17-6171. The present caption is incorrect in that it includes defendants that were terminated from the case, and should be corrected to reflect the correct and present defendants in this case. The caption in this case should be corrected as follows:

1

JOHN ANTHONY GENTRY

    Plaintiff – Appellant

v.

STATE OF TENNESSEE; PAMELA ANDERSON TAYLOR; BRENTON HALL LANKFORD; SARAY RICHTER PERKY; UNNAMED LIABILITY INSURANCE CARRIER(S)

    Defendants – Appellees

Respectfully submitted,

*[signature]*

John A Gentry, CPA, Pro Se
208 Navajo Court,
Goodlettsville, TN 37072
(615) 351-2649
John.a.gentry@comcast.net

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was sent via email and via First Class US Mail, postage prepaid to;

Lauren Paxton Roberts
Erika R. Barnes
Stites & Harbison
401 Commerce Street, Suite 800
Nashville, TN 37219
lauren.roberts@stites.com

William S. Walton
Butler Snow, LLP
The Pinnacle at Symphony Place
150 Third Avenue South
Nashville, TN 37201
bill.walton@butlersnow.com

Stephanie A. Bergmeyer
Office of the Atty. Gen.
P.O. Box 20207
Nashville, TN 37202-0207
Stephanie.bertmeyer@ag.tn.gov

On this the 12th day of October, 2017

_____
John Anthony Gentry, CPA